JOSIAH FERRIS, APPELLANT, vs. ORLA J. SPAFFORD, AP-
PELLEE.

Appeal from Circuit Court Hillsborough county.

*G. A. Hanson*, for Appellant.

*Gunby & Gibbons*, for Appellee.

The bill in this case was filed by Ruby Anderson et al. against William G. Ferris et al., and cross-bills were filed by Orla J. Spafford against William G. Ferris et al., and Josiah Ferris against Orla J. Spafford. From a decree dismissing the cross-bill of Josiah Ferris, he appeals.

Appeal dismissed on præcipe of counsel for appellant.